UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| - against - | : | **ORDER** |
| JOSEPH SHERESHEVSKY, | : | 08 Cr. 1092 (DC) |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

On May 7, 2020, defendant Joseph Shereshevsky moved pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 to reduce his sentence to time served and three years' supervised release and for such other and further relief as this Court deems just and proper.  Dkt. Nos. 139-41.  It is hereby ORDERED as follows:

(1)  The Government shall respond to the motion by Monday, May 18, 2020; and

(2)  If Mr. Shereshevsky wishes to submit reply papers, he shall do so by Friday, May 22, 2020.

SO ORDERED.

Dated:   New York, New York
         May 11, 2020

                                            /s/ Denny Chin
                                        DENNY CHIN
                                        United States Circuit Judge
                                        Sitting by Designation