**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2020

**BY ECF**
Hon. Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

Re: *United States v. Shereshevsky et al*, 08 Crim. 1092 (DC)

Dear Judge Chin:

The Government writes to request an extension of time to respond to the compassionate release motion filed by defendant Joseph Shereshevsky. The motion was filed on May 7, and, on May 11, the Court set a deadline of May 18 for the Government to respond.

None of the prosecutors on the docket remain at this Office, and the Government did not become aware that the motion had been filed until the defendant brought it to the attention of the United States Attorney's Office this afternoon. The Government accordingly requests an extension of time until Friday, May 22, to file its response.

Respectfully Submitted,

GEOFFREY S. BERMAN
United States Attorney

by: */s/ Kevin Mead*
Kevin Mead
Assistant United States Attorney
(212) 637-2211

---

Application GRANTED. Defendant's time to reply to the government's response is extended until June 1, 2020.

SO ORDERED.

s/Denny Chin
U.S. Circuit Judge
Sitting by Designation
May 20, 2020