**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 27, 2020

**BY ECF**
Hon. Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

**Re:** *United States v. Shereshevsky et al*, 08 Crim. 1092 (DC)

Dear Judge Chin:

    The Government writes to attach as Exhibit A the additional victim communications the Government has received since filing its opposition on May 22. The communications have been redacted to preserve privacy.
.

    Respectfully Submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: */s/ Kevin Mead*
    Kevin Mead
    Assistant United States Attorney
    (212) 637-2211

CC:    Richard Levitt, Counsel for Joseph Shereshevsky (by ECF)