RICHARD WARE LEVITT♦
rlevitt@landklaw.com

NICHOLAS G. KAIZER♦
nkaizer@landklaw.com

ZACH SEGAL•
EMILY GOLUB
 OF COUNSEL

♦ ADMITTED IN N.Y., FLA., AND D.C.
• AWAITING NY ADMISSION

LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

June 11, 2020

BY ECF

Hon. Denny Chin
United States Circuit Judge
United States Court of Appeals for the Second Circuit
40 Foley Square
New York, New York 10007

>       Re:    **U.S. v. Joseph Shereshevsky,**
>              <u>**08 Cr. 1092 (DC)**</u>

Dear Judge Chin:

      We enclose a limited number of the educational and other certificates Mr. Shereshevsky obtained during the 12 years he has been incarcerated, which we just received from predecessor counsel.

      Respectfully,

Richard Levitt

cc: AUSA Kevin Mead