# Federal Bureau of Prisons
# FCI-FTD Drug Education Class
# Certificate of Completion

SHERESHEVSKY, JOSEPH  35857-054

**successfully completed all requirements
of the 12 hour US FBOP Drug Education Course.
He learned the effects of psycho-active drugs on his mind,
body, and spirit. He learned the profound negative effects of
drug abuse and addiction for himself, his family, friends,
work place, and community. He passed a comprehensive
exam covering the impact of alcohol and drug use and may
take pride in a job well done.**

**David J Kelly
Drug Treatment Specialist
FCI-FTD, NJ
10 April 2012**

```
   ALFEW        *        INMATE EDUCATION DATA        *      06-17-2014
   PAGE 001 OF 001 *           TRANSCRIPT             *      11:39:23

   REGISTER NO: 35857-054      NAME..: SHERESHEVSKY         FUNC: PRT
   FORMAT.....: TRANSCRIPT      RSP OF: ALF-ALLENWOOD LOW FCI

   ------------------------- EDUCATION INFORMATION --------------------------
   FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
   ALF  ESL HAS    ENGLISH PROFICIENT       10-21-2011 1320 CURRENT
   ALF  GED HAS    COMPLETED GED OR HS DIPLOMA  12-28-2011 0001 CURRENT


   ------------------------- EDUCATION COURSES ----------------------------
   SUB-FACL    DESCRIPTION              START DATE  STOP DATE EVNT AC LV  HRS
   FTD GP      WESTERN CIVILIZATION PART 2  10-09-2013 12-31-2013  P  C  P   24
   FTD GP      WESTERN CIVILIZATION 1       10-08-2013 12-31-2013  P  C  P   24
   FTD GP      ADV  ALGEBRA                 10-06-2013 12-29-2013  P  C  P   24
   FTD GP      ACE RESTAURANT CONCEPTIONS   07-08-2013 09-29-2013  P  C  P   24
   FTD GP      FOOD PREPARATION             10-01-2012 12-23-2012  P  C  P   24
   FTD GP      HISTORY OF THE REV WAR       10-01-2012 12-23-2012  P  C  P   24
   FTD GP      TEACHER'S AIDE SKILLS        04-09-2012 07-02-2012  P  C  P   24
   FTD GP      TECH MATH ACE CLASS W PM     04-05-2012 07-02-2012  P  C  P   24
   FTD GP      BASIC ALGEBRA                04-09-2012 07-02-2012  P  C  P   24
```

```
   G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

# KOLLEL M'AHARAM M'ROTENBERG

Educational Study Program for the incarcerated, A Project of Dror



January 14, 2016

Dear Joseph Shereshevsky,

It is with the highest regard for your exemplary work that we address this letter to you. We commend you for your diligence and hard work throughout your studies on both, the laws of Yom Tov, and Talmud Mesechtes Avoda Zora. We credit your great test scores (which are one of the highest averages attained) to many hours of intense studies, as well as to a shared passion for living life with adherence to the core Torah values.

In your ascent toward qualification for Rabbinical status, please accept our congratulatory wishes as a form of rallying support for your continued success.

In admiration,

Joel Labin

# ,LLEL M'AHARAM M'ROTENBERG

Educational Study Program for the incarcerated, A Project of Dror



December 3, 2015

To whom it may concern,

This is to certify that Joseph Shereshevsky, inmate #35857-054, has been enrolled in our Judaic study program, known as Kollel M'Haran M'Rottemberg. The literature that is part of our curriculum serves to inspire its learner toward a more ethical and just life. This kind of constant imbibing of important lessons in ethics, and a better path for life, ensure a more purpose driven life after prison, and their ability toward self-improvement for their remaining time there. Joseph has joined our classes with consistency. He has completed numerous courses including the Laws of Shabbos, the Laws of prayer, Laws of Kosher food, Laws of Sanhedrin, Business ethics and more. Upon completion of each course, Joseph was presented with a certificate commending him for his achievements. It has come to our attention that many of the certificates got lost while Joseph was transferred between facilities. I thus humbly ask of you to accept this letter as my word that Joseph has been a conscientious learner in our program. Thank you in advance for your understanding.

Sincerely,

Joel Labin

# Kollel Zichron Zev

91A Carlton Road West
Suffern, NY 10901

September 4, 2018

To Whom It May Concern;

Please be advised that Joseph Shereshevsky, Register #3587-054, has applied for enrollment in our Rabbinical Ordination program. Our program requires the comprehensive study of all sections of Jewish Law as well as the study of its Talmudic background. We have examined the coursework and tests that Mr. Shereshevsky completed previously through a different school and will award him partial credit for these studies.

Mr. Shereshevsky will be required to complete independent study and then complete written tests and assignments in order to receive credit. Mr. Shereshevsky has also informed us that there are other inmates interested in joining our program and as such, we are amenable to his conducting classes and serving as liaison for the other inmates.

I commend you for assisting the inmates under your supervision in making productive use of their time.

Respectfully,

Rabbi Yechiel Becher
Dean

Kollel ● Rabbinical Ordination ● Semicha



# CERTIFICATE OF COMPLETION

## *Joseph Shereshevsky*

has successfully completed the necessary coursework
for the
ACE Basic Algebra Class
at F. C. I. Fort Dix, New Jersey

July 2, 2012

Date

S. Yi, Education Specialist



# CERTIFICATE OF COMPLETION

## *Joseph Shereshevsky*

has successfully completed the necessary coursework
for the
ACE Teacher's Aide Skills Class
at F. C. I. Fort Dix, New Jersey

July 2, 2012
_____
Date

_____
S. Yi, Education Specialist



# CERTIFICATE OF COMPLETION

## *Joseph Shereshevsky*

has successfully completed the necessary coursework
for the
ACE Tech Math Class
at F. C. I. Fort Dix, New Jersey

July 2, 2012

Date

J.M. Tenor, ASOE

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## Joseph Shereshevsky

has successfully completed the required coursework for the
ACE Food Preparation Class
at
FCI Fort Dix, New Jersey

December 23, 2012
_____
Date

_____
J.M. Tenor

# CERTIFICATE OF COMPLETION

THIS CERTIFIES THAT

## Joseph Shereshevsky

has successfully completed the required coursework for the
ACE Revolutionary War Class
at
FCI Fort Dix, New Jersey

December 29, 2012
Date

J.M. Tenor

# Certificate of Completion

*Awarded to:*

## Shereshevsky, Joseph

In Recognition for Completion of

Spanish II

J. Tenor, M. Ed, ASOE

October 25, 2013

Date



Certificate of Completion

# Joseph Shereshevsky

## BIBLICAL HEBREW

A 12 session intensive language study based on
Talmudic Law.

FCI Coleman (Low), FL                    August 15, 2015

# CERTIFICATE OF COMPLETION

*Awarded to*

## Joseph Shereshvsky

HAS COMPLETED 24 CLASSROOM HOURS AND DEMONSTRATED SATISFACTORY

CLASSROOM PERFORMANCE

IN

## GOLD & DIAMONDS

AND IS HEREBY AWARDED THIS CERTIFICATE ON THIS 28th DAY OF AUGUST, 2015

AT FCC COLEMAN, FLORIDA

**ACE**

**Mr. R. Hawkins**, Adult Continuing Education Coordinator

# CERTIFICATE OF APPRECIATION

*Awarded to*

## Joseph Shereshevsky

FOR MAKING SPECIAL PRESENTATIONS IN THE GOLD AND DIAMONDS ACE CLASS

# GOLD AND DIAMONDS

AND IS HEREBY AWARDED THIS CERTIFICATE ON THIS 28TH DAY OF OCTOBER, 2016

AT FCC COLEMAN, FLORIDA



**Mr. R. Hawkins,** Adult Continuing Education Coordinator



# CERTIFICATE OF APPRECIATION

This Certificate is awarded to

*Joseph Shereshevsky*

For Facilitating a 12 week course on Biblical Hebrew

FCI Coleman (Low)

Douglas Largent  10|10|15

Chaplain Largent

"You shall not deviate from the word that they will tell you right or left."  Det 17:11



# Certificate of Completion

Awarded to

*Joseph Shereshevsky*

for completing 24 hours of Anger Management

Federal Correctional Complex, Coleman-Low, FL

April, 2016

D. Gonzalez
Correctional Counselor

R. Jimenez
Unit Manager

# CERTIFICATE OF COMPLETION

*Awarded to*

## Joseph Shereshevsky

**HAS COMPLETED 24 CLASSROOM HOURS AND DEMONSTRATED SATISFACTORY CLASSROOM PERFORMANCE**

**IN**

# COMMERCIAL DRIVER'S LICENSE

**AND IS HEREBY AWARDED THIS CERTIFICATE ON THIS 2ND DAY OF MAY, 2016**

**AT FCC COLEMAN, FLORIDA**

ACE

**Mr. R. Hawkins,** Adult Continuing Education Coordinator

# CERTIFICATE OF COMPLETION

*Awarded to*

## Joseph Shereshevsky

### HAS COMPLETED 12 CLASSROOM HOURS AND DEMONSTRATED SATISFACTORY CLASSROOM PERFORMANCE

### IN

# NUTRITION

### AND IS HEREBY AWARDED THIS CERTIFICATE ON THIS 15TH DAY OF NOVEMBER, 2016

### AT FCC COLEMAN, FLORIDA

**ACE**

**Mr. R. Hawkins,** Adult Continuing Education Coordinator



# CERTIFICATE OF APPRECIATION

AWARDED TO

# Joseph Shereshevsky

For volunteering your time to successfully coordinate and teach
the Free Program Participants
FCC Coleman- Low, Coleman, Florida.

2017

_____
J. Hammett, Case Manager

_____
M. Ramos, Unit Manager



# Certificate of Appreciation

Awarded to:

**Joseph Shereshevsky**

For successfully Faciliating
Corporate Structure and Real Estate

February 2017

J. Ward, Unit Manager



# Certificate

*awarded to*

## Joseph Shereshevsky

In recognition for successfully completing the course of

## Electrical Systems

Given this 27th day of December 2016 at FCC Coleman

Shawn T. Sharbaugh
Vocational Training Coordinator




# ≈ Certificate of Achievement ≈

**This certifies that**

Joseph  Shereshevsky

#35857-054

**has satisfactorily completed**

Instructor for Fundamental Real Estate

**Consisting of __20__ Hours of Training**

**This certificate is hereby issued this __26th__ day of __July__ , 20__17__**



_____   Case Manager



# Certificate of Completion

*Presented To*

## Joseph Shereshevsky ~ Reg. No. 35857-054

## *Anger Management*

*This is to certify the above mentioned has completed eight weeks of Anger Management at the Federal Correctional Institution Satellite Camp in Otisville, New York on January 22, 2018.*



_____
Peter Lesniewski
*Inmate Instructor*

_____
Ben Turner
*Inmate Instructor*



*Federal Bureau of Prisons*

*FCI Otisville*

*Certificate of Completion*

**JOSEPH SHERESHEVSKY**
*35857-054*

Is being recognized for his completion in the **Non-Residential Drug Abuse Program** here at
FCI Otisville.   He is presented with this certificate of completion of the program.
This certificate is hereby issued this 27th day of July, 2018

J. Bowe, PsyD, Drug Abuse Program Coordinator          E. M. Dariotis, M.Ed., Drug Treatment Specialist

# Certificate of Completion

## For The
## *Positive Mental Attitude Program*

### *Shereshevsky, Joseph*
35857-054

In recognition of his participation in the Positive Mental Attitude – *EFFECTIVE ALTERNATIVES* Program here at FCI Otisville, he is presented with this Certificate of Completion.
This certificate is hereby issued this 19th day of February, 2019

J. DeLeo,  Camp Counselor

# Certificate of Completion

## For The
## *Doing Time With The Right Mind Program*

**Shereshevsky, Joseph**
35857-054

In recognition of his participation in the Doing Time With The Right Mind – *EFFECTIVE ALTERNATIVES*
Program here at FCI Otisville, he is presented with this Certificate of Completion.
This certificate is hereby issued this 27th day of November, 2018

J/DeLeo,  Camp Counselor



כולל מהר"ם מרוטנבורג

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFICATE IS AWARDED TO:

## Shereshevsky Joseph

## Laws of Prayer

In recognition of your successful completion of the laws of Prayer

### DIPLOMA

January 2012
F.C.I. Fort Dix NJ

Rabbi Joel Lebin

Chaplain P. Harden

Torah Light Shines Through The Darkness

בסייעתא דשמיא מדרשת מוסדות

הורה אור בתי הכנסת של ל"א הכללי אולם שרה זלדה

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO

### Shereshevsky Joseph

#83857-054

35857-054

## Laws of Shabbos

In recognition of your successful completion of the laws of  Shabbos

# DIPLOMA

### January 2012
F.C.I. Fort Dix NJ

Joel Labin

Chaplain P. R

*Torah Light Shines Through The Darkness*



כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא ׳ ע"י ארגון דרור

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO

**Shereshevsky Joseph**

**Sanhedrin A**

In recognition of your successful completion of the laws of the Sanhedrin Part 1

# DIPLOMA

**January 2012**
F.C.I. Fort Dix NJ

Rabbi Joel Labin

Chaplain P. Harden

Torah Light Shines Through The Darkness



כולל מהר"ם מרוטנבורג

השת שיעורי תורה בבתי הכלא · ע"י ארגון דרור

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFICATE IS AWARDED TO

## Shereshevsky Joseph

## Sanhedrin B

In recognition of your successful completion of the laws of the Sanhedrin Part 2

# DIPLOMA

January **2012**
F.C.I. Fort Dix NJ

Rabbi Joel Labin

Chaplain P. Harden

*Torah Light Shines Through The Darkness*




כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא – ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

**LAWS OF SHABBOS - Part 2**

In recognition of your successful completion of this course

Feb/March 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

_____
Rabbi Joel Labin

_____
Eric Alexander
Mentor Coordinator





**בוללל מהר"ם מרוטנבורג**

רשת שיעורי תורה בבתי הכלא – ע"י ארגון דרור

### KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO

# JOSEPH SHERESHEVSKY

## TALMUDIC LAW

### SANHEDRIN - Part C



In recognition of your successful completion of this course

Feb/March 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin

Eric Alexander
Mentor Coordinator




# בולל מהר"ם מרוטנבורג

### רשת שיעורי תורה בבתי הכלא – ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



# JOSEPH SHERESHEVSKY

## TALMUDIC LAW

### SANHEDRIN - Part D

**In recognition of your successful completion of this course**

March/April 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin



Eric Alexander
Mentor Coordinator



כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא ־ ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR



# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO

# JOSEPH SHERESHEVSKY

## HONORING TORAH & MITZVOS

### KIBBUD HATORAH - Part 1

In recognition of your successful completion of this course

April 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

*Rabbi Joel Labin*

*Eric Alexander*
Mentor Coordinator




כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO

### JOSEPH SHERESHEVSKY

### LAWS OF PRAYER – Part 2

In recognition of your successful completion of this course

Feb/March 2012
F.C.I. Fort Dix





Torah Light Shines Through The Darkness

Rabbi Joel Labin

Eric Alexander
Mentor Coordinator




כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

**LAWS OF SHABBOS – Part 3**

In recognition of your successful completion of this course

April/May 2012

F.C.I. Fort Dix



Rabbi Joel Labin



Torah Light Shines Through The Darkness



Eric Alexander

Mentor Coordinator




בלל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

**LAWS OF PRAYER - Part 3**

In recognition of your successful completion of this course

April/May 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

_____
*Rabbi Joel Labin*



_____
*Eric Alexander*
*Mentor Coordinator*

 

בוללל מהר"ם מרוטנבורג
רשת שיעורי תורה בבתי הכלא – ע״י ארגון דרור
KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

## TALMUDIC LAW

### SANHEDRIN - Part E

In recognition of your successful completion of this course

April/May 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

_____
Rabbi Joel Labin

_____
Eric Alexander
Mentor Coordinator




כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



**JOSEPH SHERESHEVSKY**

## TALMUDIC LAW

### SANHEDRIN - Part F

In recognition of your successful completion of this course

May/June 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin



Eric Alexander
Mentor Coordinator




בולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

**LAWS OF PRAYER - Part 4**

In recognition of your successful completion of this course

June/July 2012
F.C.I. Fort Dix

RABBI JOEL LABIN



Torah Light Shines Through The Darkness

ERIC ALEXANDER
MENTOR COORDINATOR

 

בוללל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא ~ ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

### LAWS OF SHABBOS - Part 4

In recognition of your successful completion of this course

June/July 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

———————————
Rabbi Joel Labin



Eric Alexander
Mentor Coordinator





# בולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



## JOSEPH SHERESHEVSKY

## TALMUDIC LAW

### SANHEDRIN - Part G

In recognition of your successful completion of this course

July/Aug 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin

Eric Alexander



Mentor Coordinator




# בוללֵ מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא – ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



### JOSEPH SHERESHEVSKY

## LAWS OF SHABBOS - Part 5

In recognition of your successful completion of this course

Aug/Sept 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin

Eric Alexander
Mentor Coordinator




כולל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע״י ארגון דרור

## KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

## THIS CERTIFICATE IS AWARDED TO



# JOSEPH SHERESHEVSKY

## LAWS OF PRAYER - Part 5

In recognition of your successful completion of this course

Aug/Sept 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

_____
RABBI JOEL LABIN



_____
ERIC ALEXANDER
MENTOR COORDINATOR




בוללל מהר"ם מרוטנבורג

רשת שיעורי תורה בבתי הכלא - ע"י ארגון דרור

KOLEL MHARAM M'RUTENBERG NETWORK OF TORAH CLASSES THRU DROR

# CERTIFICATE OF ACHIEVEMENT

### THIS CERTIFICATE IS AWARDED TO



## JOSEPH SHERESHEVSKY

## TALMUDIC LAW

### SANHEDRIN - Part H

In recognition of your successful completion of this course

Sept/Oct 2012
F.C.I. Fort Dix



Torah Light Shines Through The Darkness

Rabbi Joel Labin



Eric Alexander
Mentor Coordinator